UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Avidyne Corporation**
Plaintiff

v.                                                      CIVIL ACTION: 04-12672 -NG

**L-3 Communications Avionics**
Defendant

ORDER OF DISMISSAL

GERTNER, D.J.                                           May 25, 2005

    PLEASE TAKE NOTICE that, pursuant to Local Rule 4.1(a) of the Local Rules for the United States District Court for the District of Massachusetts, any summons not returned with proof that it was served within one-hundred twenty (120) days of the filing of the complaint is deemed to be unserved for the purpose of Fed.R.Civ.P.4(j).

    Accordingly, the above-entitled case is hereby dismissed for failure to make service.

SARAH A. THORNTON,
CLERK OF COURT

s/Maryellen Molloy
Deputy Clerk

Date: May 25, 2005